**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Juan Pablo Ramirez-Becerra,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-03591-PHX-SHR (CDB)

**ORDER**

Having considered Petitioner's unopposed Motion for Voluntary Dismissal Without Prejudice (Doc. 12), and good cause appearing,

**IT IS ORDERED** Petitioner's Motion (Doc. 12) is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** and all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly.

Dated this 17th day of November, 2026.

Honorable Scott H. Rash
United States District Judge